AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| LODGED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 1/19/2022 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____jb_____ DEPUTY |

UNITED STATES OF AMERICA

v.

DESHAWN MARKEL WRIGHT,

Defendant(s)

Case No.   2:22mj229-duty

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| January 19, 2022 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____CD_____ DEPUTY |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of October 20, 2021, to December 29, 2021, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1951(a) | Conspiracy to interfere with commerce by robbery |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Ryan Stearman
Complainant's signature

Ryan Stearman, ATF Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: January 19, 2022

Judge's signature

Hon. Alka Sagar, U.S. Magistrate Judge
Printed name and title

City and state: Los Angeles, California

AUSA: Jeremiah Levine

**AFFIDAVIT**

I, Ryan J. Stearman, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am currently assigned to the ATF Los Angeles Field Division, Santa Ana Field Office, and have been employed by the ATF since September 2005. In the course of my employment as an ATF Special Agent, I have conducted and assisted numerous investigations involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms, burglaries, robberies, and other violent crimes. In particular, I have conducted numerous serial robbery investigations involving a suspect or suspects committing multiple robberies, most of which were armed, of various businesses over a short period of time. As part of my current assignment, I work on the ATF Orange County Violent Crime Task Force ("OCVCTF"), which is comprised of federal and local law enforcement investigators focusing primarily on violent crimes and firearm offenses. As a lead senior investigator on the OCVCTF, I routinely work with various law enforcement agencies in Southern California, and often across the United States, in reviewing and investigating criminal patterns and identifying crimes that are related to each other, specifically robberies. Since 2016, I have investigated hundreds of robberies, most of which were committed by armed suspects.

2. To successfully conduct these investigations, I have used a variety of investigative techniques and resources, including physical and electronic surveillance, wire interceptions, cellular telephone analysis, interviews, the utilization of undercover agents and informants, and the review of various databases and records. I have interviewed numerous suspects who have committed robberies and become familiar with the methods and means by which they commit crime and attempt to avoid law enforcement detection. I have also interviewed witnesses and victims of crimes and participated in in-field lineups and presentations of six-pack photo arrays for suspect identification purposes.

3. I have received training during the course of my employment as an ATF Special Agent in various topics to include but not limited to: robberies affecting interstate commerce, interview techniques, illegal trafficking of firearms, the utilization of informants, the activities of criminal street gangs, asset forfeiture, and conducting surveillance and wire interceptions. Through these investigations, my training and experience, and conversations with other experienced agents and law enforcement personnel, I have become familiar with the methods used by individuals to plan and commit robberies, to smuggle, safeguard, and store firearms, to distribute firearms, and to collect and launder related, illicit proceeds.

4. In the course of my investigations, I routinely utilize cellular technology and records, to include cell phone pings, cell site simulators, forensic imaging of seized digital

devices, call detail records with and without cell site location information, tower logs, and account history information. Just in the last five years, I have reviewed and analyzed hundreds of thousands of call detail records during various investigations. I regularly obtain and analyze these records and data in the course of my investigations to establish patterns and obtain evidence of the crimes in which I am investigating since almost every person utilizes a cellular telephone during this day and age, and these devices often contain and transmit a wealth of information about a person's activities and communications related to criminal activity.

5. As an ATF Special Agent, I have also participated in numerous federal and state search and arrest warrants involving individuals engaged in conspiracies to commit robberies and burglaries, unlawfully trafficking firearms, stealing firearms, unlawfully possessing firearms, as well as other criminal activity, including controlled substance offenses. Additionally, I have participated in the collection and seizure of hundreds of cellular telephone records, firearms records, and other types of evidence that documents activities in furtherance of robbery conspiracies, firearms crimes, and controlled substance offenses.

## II. **PURPOSE OF AFFIDAVIT**

6. This affidavit is made in support of the following: a criminal complaint charging DESHAWN MARKEL WRIGHT ("WRIGHT") with conspiracy to interfere with commerce by robbery, in

violation of 18 U.S.C. § 1951(a), as well as an associated arrest warrant.

7. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses, including my review of reports prepared by other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of the investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. **SUMMARY OF PROBABLE CAUSE**

8. ATF is investigating a series of no less than eight (8) commercial robberies targeting pharmacies and Subway restaurants across San Bernardino, Riverside, and Orange counties. As set forth below, the following evidence connects WRIGHT to those robberies: (1) clothing worn by WRIGHT during the robbery, which is consistent with items of clothing recovered by law enforcement from his person at the time of his arrest; (2) a vehicle that is associated with WRIGHT and believed to have been used in at least four of the robberies; (3) surveillance images from the robberies that are consistent with WRIGHT being one of the suspects; and (4) the identification of WRIGHT by several victims and witnesses as one of the suspects involved in these robberies.

## IV. STATEMENT OF PROBABLE CAUSE

9. I am the lead ATF agent assigned to the investigation of eight robberies or attempted robberies of pharmacies and Subway restaurants[1] spanning across Orange, Riverside, and San Bernardino Counties occurring between October 20, 2021 and December 29, 2021. In at least three of the robberies, a firearm was brandished. During the course of the investigation, I have obtained and reviewed local police reports related to the robberies, reviewed surveillance footage and still images from the robberies, conducted surveillance, and discussed the robberies with other involved law enforcement investigators, among other investigative activity.

A. **Robberies Under Investigation**

10. The robberies under investigation are identified below. The facts related to the robberies were obtained from law enforcement reports regarding the robberies, and my review of video of photographic surveillance, where available.

    a. On October 20, 2021, at approximately 4:05 p.m., a robbery occurred at the Rite-Aid,[2] located at 42021 E. Florida Avenue, Hemet, California. The robbery was committed by two black male suspects, one of whom was armed with a pistol. An

---

[1] Subway is a fast-food restaurant franchise headquartered in Milford, Connecticut with locations all over the United States and in more than 100 countries. As such, this corporation conducts interstate and international transactions of money and products.

[2] Rite-Aid is an American pharmacy retailer based in Philadelphia, Pennsylvania with more than 2,000 locations across the country. As such, this corporation conducts interstate transactions and transportation of money and products.

5

employee of the store who witnessed the robbery stated that one of the suspects had tattoos all over his face, which is consistent with WRIGHT. The suspects demanded and stole promethazine with codeine from the pharmacy. The suspects fled out an emergency exit from the pharmacy.

      b. On November 7, 2021, at approximately 9:30 a.m., an attempted armed robbery occurred at the pharmacy located within the Vons grocery store,[3] located at 27220 Sun City Boulevard, Menifee, California. The suspect was described as a black male, in his mid-twenties, approximately 5'08"-5'09", with tattoos on his face. The suspect was wearing a black beanie, dark pants, and a black sweatshirt, carrying a black pack, and was armed with a pistol. When the suspect approached the pharmacy counter, he jumped over it and pointed the gun with his right hand at the pharmacist while asking for the promethazine and codeine. The pharmacist informed the suspect that the pharmacist does not usually work at this pharmacy and is not sure where those drugs are located. The suspect searched behind the counter and then left through a side door. After police arrived on scene, the store manager informed police that this suspect matched the description of one of the suspects from a

---

[3] Vons is a supermarket chain subsidiary of Albertsons headquartered in Fullerton, California and operating throughout Southern California and Southern Nevada. As such, this corporation conducts interstate transactions and transportation of money and products.

pharmacy robbery that occurred in Hemet, California on October 20, 2021.

        c.   On November 7, 2021, at approximately 10:45 a.m., an armed robbery occurred at the Walgreens pharmacy[4], located at 40420 Murrieta Hot Springs Road, Murrieta, California. The suspect was described as a black male, in his mid-twenties, approximately 5'06"-5'09" with a thin build, and tattoos on his face. The suspect was wearing a black beanie, dark pants, and a black sweatshirt, carrying a black pack, and was armed with a pistol. When the suspect approached the pharmacy counter, he pushed up the roll-up screen that was partially down and jumped over the counter while holding a gun in his right hand. The suspect demanded that the pharmacist tell him where the promethazine and codeine were located. The pharmacist told the suspect that it was all located inside a time-delayed safe and the suspect became agitated and angry. The suspect then asked the pharmacist where the promethazine was located, and the pharmacist showed him the promethazine (without codeine) not in the safe. The suspect then loaded his backpack with approximately 10-12 bottles of promethazine worth approximately $180 and fled the pharmacy out the front door on foot.

---

[4] Walgreens is a national pharmacy retailer and is purported to be the second largest pharmacy chain store in the United States based in Deerfield, Illinois. With stores across the United States, this corporation conducts interstate transactions and transportation of money and products.

    d. On December 16, 2021, at approximately 7:27 p.m., a robbery occurred at the Subway restaurant, located at 12223 Highland Avenue, Unit 110, Rancho Cucamonga, California. The robbery was committed by three black male suspects wearing dark clothing. Only one of the suspects wore a surgical mask over his face, while the other two suspects' faces were visible to the employees and surveillance cameras. One suspect had distinct tattoos all over his face. The suspects demanded money from the register while insinuating they had a firearm. The suspects stole approximately $1,255 and an iPad from the store before fleeing.

    e. On December 16, 2022, at approximately 9:41 p.m., a robbery occurred at the Subway restaurant, located at 15 West Nuevo Road, Unit B, Perris, California. This robbery occurred less than two hours after the robbery in Rancho Cucamonga. The robbery was committed by two black male suspects, wearing the same clothing as two of the suspects in the Rancho Cucamonga robbery. The suspects walked into the store wearing surgical face masks. One suspect jumped over the counter to where the employees work, while the other suspect walked back to the register on the customer side of the counter. The suspects directed the employee to open the register and both suspects then proceeded to take money from the register and tip jar. The suspects stole approximately $344 before fleeing from the store.

8

f.  On December 29, 2021, over the span of less than three hours, two suspects (described by victims or witnesses as black or dark skinned, possibly Hispanic males) robbed the following three different Subway restaurants in Orange County:

i.  At approximately 6:07 p.m., the Subway located at 16163 Lake Forest Drive, Irvine, California was robbed.  The loss was approximately $294.  A review of surveillance footage showed the suspects arrived and left in a silver four-door Honda Accord being driven by another suspect who waited in the vehicle.

ii.  At approximately 6:46 PM, the Subway located at 23411 Aliso Viejo Parkway, Aliso Viejo, California was robbed.  The loss was approximately $400.  The victim recalled that one of the suspects had a crown tattoo above his left eye, which is generally consistent with the crown tattoo WRIGHT has on his face, between his eyebrows.  A review of surveillance footage showed that the suspects were wearing the same clothing as the suspects in the Irvine robbery less than one hour earlier.

iii. At approximately 8:27 p.m., the Subway located at 722 North Brea Boulevard, Brea, California was robbed.  The loss was approximately $414.  The victim recalled that one of the suspects had tattoos on his face.  The surveillance cameras were not working at this location but the

9

victim's description[5] of the suspects was generally consistent with the suspects from the two prior robberies that evening in Orange County.

### B. Identification of WRIGHT as a Suspect

11. On December 30, 2021, ATF Task Force Officer ("TFO") Ryan McDuffy canvassed the area of the Subway in Brea for surveillance cameras that may have captured the suspects' fleeing car. TFO McDuffy located camera footage from a nearby gas station of a silver Honda Accord leaving the area of the Subway, shortly after the time of the robbery, at a high rate of speed northbound on Brea Boulevard. A subsequent review of a license plate reader ("LPR") database by TFO McDuffy and me revealed that a silver 2016 Honda Accord 4-door sedan bearing California license plate 8XVP086 was scanned headed northbound on Brea Boulevard less than 3 miles north of the Subway restaurant approximately ten to twelve minutes after the robbery.

12. According to the California Department of Motor Vehicles ("CA DMV") records, the silver Honda Accord bearing California license plate 8XVP086 is registered to ALQUISHIA BENNETT ("BENNETT") at an address in Perris, California.

   a. A search of law enforcement database records on December 31, 2021, by Orange County Probation Officer Jennifer Fix, revealed that WRIGHT had listed BENNETT as a contact during

---

[5] The victim described the suspects as dark skinned, possibly Hispanic.

prior arrests. I then reviewed a recent booking photo of WRIGHT and observed that he is a black male with several facial tattoos including a tattoo of a crown between his eyebrows, which appeared consistent with witness and victim descriptions.

13. On December 31, 2021, I queried WRIGHT's criminal history and observed that WRIGHT had been arrested the day before (December 30, 2021) by the San Bernardino County Sheriff's Department ("SBSO") for robbery and kidnapping. I also learned from law enforcement records that WRIGHT is on felony probation in San Bernardino County for possessing a firearm as a previously convicted felon. WRIGHT has a criminal history in California and Nevada that includes arrests for, but not limited to: robbery, burglary, receiving stolen property, promoting a criminal street gang, criminal threats, assault with a deadly weapon, trespassing, and firearm possession.

14. On January 3, 2022, I reviewed toll road data from The Toll Roads, which operates toll roads in Orange County. The records showed that BENNETT's silver Honda Accord was captured on December 29, 2021 on the CA-241 and CA-133 toll roads traveling southbound towards Irvine at 5:31 p.m. and again at 5:39 p.m., respectively. This was approximately 30 minutes prior to the robbery in Irvine. This route of travel is consistent with traveling from the Perris, California area, which is the city of residence that WRIGHT's associate, BENNETT, lists as her DMV address, to Irvine, where the robbery occurred. Additionally, the CA-133 merges onto Interstate 5 in Irvine

approximately three miles from the Subway in Irvine that was robbed.

15. On January 3, 2022, I spoke to SBSO Detective Ronald Williams, who is the lead detective on the robbery case for which WRIGHT was arrested on December 30, 2021. In my discussions with Detective Williams and through my review of the reports and surveillance images, I learned that WRIGHT was arrested for the December 16, 2021, robbery of a Subway restaurant in Rancho Cucamonga. Based on WRIGHT's distinctive facial tattoos, SBSO detectives identified WRIGHT as one of the robbers. Both employees working at the time of the robbery picked WRIGHT out of a six-pack lineup when they were separately presented with it. As a result, SBSO obtained an arrest warrant for WRIGHT. On December 30, 2021, SBSO deputies located WRIGHT as a passenger in BENNETT's Honda Accord while BENNETT was driving in Perris, California.

    a. At the time of his arrest by SBSO, WRIGHT was wearing the same distinct sweatshirt the suspect wore in the Rancho Cucamonga and Perris Subway robberies, as well as the Rite-Aid robbery in Hemet.

16. Following my discussions with SBSO Detective Williams, I reviewed LPR data relevant to the timeframe of the Rancho Cucamonga robbery and learned that BENNETT's Honda Accord was scanned three times between 5:08 p.m. and 6:55 p.m. on December 16, 2021, approximately 6 miles from the location of the Subway that was robbed. The last scan was approximately thirty minutes before the robbery. I know based on my training and experience,

that individuals planning and committing robberies often spend time scouting the area of the store or location where they intend to rob in order to try and ensure they will not be detected or apprehended.

### C. Victim and Witness Identification of WRIGHT

17. Following the development of WRIGHT as a suspect in these robberies, victims and witnesses from the robberies were shown 6-pack photographic lineups which contained a picture of WRIGHT.[6]

18. Out of the ten victims or witnesses interviewed from the below listed robberies or attempted robbery, eight of them identified WRIGHT in the lineups as one of or the one suspect who committed the robbery or attempted robbery[7]:

    a. Rite-Aid in Hemet, California: the employee from this robbery who was interviewed did not identify WRIGHT as one of the suspects involved in the robbery, and instead identified another individual in the six-pack.

    b. Vons Pharmacy in Menifee, California: the first employee from this attempted robbery who was interviewed identified WRIGHT in the six-pack as the person who resembled the suspect the "closest," but the employee stated that he/she was "not 100% confident." A second employee said he was

---

[6] WRIGHT'S position in the six-packs was rotated and not consistent throughout each lineup. Additionally, law enforcement personnel not familiar with the investigation or developments made in the investigation were used to administer the lineups with the witnesses and victims.

[7] The victims from the Hemet and Irvine robberies picked individuals in the lineup other than WRIGHT.

confident that his selection of WRIGHT as the suspect was correct based on WRIGHT's facial features and tattoos.

       c. Walgreens in Murrieta, California: two employees from this robbery were shown the six-pack separately, and both identified WRIGHT as the suspect who committed the robbery.

       d. Subway in Rancho Cucamonga, California: the first employee from this robbery that was shown the six-pack identified WRIGHT as one of the suspects with an "80%" certainty. The second employee, who was interviewed at a different time, picked WRIGHT out of the six-pack and stated that he/she was "98%" certain of the identification.

       e. Subway in Irvine, California: the employee from this robbery who was interviewed did not identify WRIGHT as one of the suspects involved in the robbery, and instead identified another individual in the six-pack.

       f. Subway in Aliso Viejo, California: the employee from this robbery selected WRIGHT from the six-pack and stated that he/she was "100%" certain in the identification.

       g. Subway in Brea, California: the employee from this robbery reviewed the six-pack and stated that WRIGHT was the only person he/she recognized with a "30-40%" certainty.
///

15

## V.  CONCLUSION

19.  For all the reasons described above, there is probable cause to believe that WRIGHT has violated 18 U.S.C. § 1951(a), conspiracy to interfere with commerce by robbery.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  __19th__ day of
__January__, 2022.

_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE